KIRK FALIN, Appellant, v. FREDERICK E. LYFORD, as Trustee of NEW YORK, ONTARIO & WESTERN RAILWAY, Respondent.— Motion for reargument denied,

without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 931.] All concur.